CLARK HILL PLLC
Nadia J. Ahmed, Esq.
Nevada Bar No. 15489
3800 Howard Hughes Parkway, Suite 500
Telephone (702) 862-8300
Facsimile (702) 862-8400
Email: nahmed@clarkhill.com

*Attorneys for Defendant Evelyn Rosas Diaz*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVELYN ROSAS DIAZ,<br><br>Defendant. | Case No. 21-cr-00196-RFB-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Defendant Evelyn Rosas Diaz was charged with conspiracy to distribute a controlled substance and possession with the intent to distribute a controlled substance. She has been in custody on these charges since December 2021. In March, 2022, undersigned was appointed to represent Ms. Diaz in this case.

Despite counsel's commitment to Ms. Rosas Diaz's defense, a conflict relating to defense counsel's position has arisen preventing counsel from remaining on the CJA panel and as counsel in this case. Ms. Rosas Diaz has been apprised of the motion and does not oppose it.

Additional investigation, analysis and trial preparation is needed for Ms. Rosas Diaz's case to be ready to proceed to trial. The parties have all agreed to stipulate to continue trial due to the

1

need by all defendants for additional time to prepare. Accordingly, granting this motion would not unduly delay trial.

WHEREFORE, counsel respectfully requests that the Court grant this motion forthwith so that replacement counsel may be appointed as soon as possible, allowing for maximum time to transition and prepare the case.

DATED this 3rd day of October, 2022.

Respectfully submitted,

CLARK HILL PLLC

 /s/ Nadia Ahmed
Nadia J. Ahmed, Esq.
Nevada Bar No. 15489
Clark Hill PLLC
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant Rosas Diaz*

## ORDER

IT IS ORDERED the ECF No. 70 is GRANTED.

IT IS FURTHER ORDERED that Ms. Ahmed may withdraw.

IT IS FURTHER ORDERED that CJA Resource Counsel must immediately appoint new counsel for Ms. Diaz.

**IT IS SO ORDERED**
**DATED:** 6:06 pm, October 05, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd of October, 2022 a true and correct copy of the above and forgoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** was served upon all parties of record via CM/ECF.

/s/ Nadia Ahmed
An employee of CLARK HILL, PLC