LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**The Law Offices of Kristina Wildeveld & Associates**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001
Lisa@Veldlaw.com

Attorneys for Defendant Claudia Perez-Contreras

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   2:21-CR-00196 RFB-BNW |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE SENTENCING HEARINGS** |
| EVELYN ROSAS-DIAZ | ) | |
| Defendants. | ) | |

The parties, GEORGE MANZO, by and through his counsel, Lisa A. Rasmussen, Esq.; MICHEL FLORES-PAREDES, by and through his counsel, Robert M. Draskovich, Jr.; EVELYN ROSAS-DIAZ, by and through her counsel, Russell Marsh, Esq. and the UNITED STATES OF AMERICA, by and through its counsel Assistant United States Attorney, Melanee Smith, hereby stipulate as follows:

1. This matter is presently set for sentencing for all three defendants on March 22, 2024.

2. The government has requested that the parties seek a new date due to a family emergency and no defendant has any objection to moving the sentencing hearing dates.

3. The parties have conferred with the Court and it appears that everyone is available on April 15, 2024.

4. Mr. Manzo and Ms. Rosas-Diaz in custody and are not opposed to this request.

5. Mr. Flores-Paredes is at liberty and is not opposed to this request.

6. There have been no prior requests to continue the sentencing hearings for any of these remaining defendants and this request is made in good faith, not for the purpose of delay.

Dated: March 15, 2024.

**The Law Offices of Kristina Wildeveld & Associates**

*/s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.
Counsel for George Manzo

**Robert M. Draskovich, Chtd.**

*/s/ Robert M. Draskovich*
_____
ROBERT M. DRASKOVICH, ESQ.
Counsel for Michael Flores-Paredes

**Wright, Marsh & Levy,**

*/s/ Russel Marsh*
_____
RUSSELL MARSH, ESQ.
Counsel for Evelyn Rosas-Diaz

**Jason Frierson, United States Attorney**

*/s/ Melanee Smith*
_____
BY: MELANEE SMITH
Assistant United States Attorney
For Plaintiff United States of America

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearings presently scheduled for March 22, 2024 for each of the three defendants shall be continued to April 15, 2024 at the following times:

10:15 a.m. for Defendant Evelyn Rosas-Diaz

**IT IS SO ORDERED.**

Dated: 3/18/2024

_____
The Honorable Richard F. Boulware
United States District Judge

-3-